# CASOS RESUELTOS SIN OPINION DESDE JUNIO 1, 1923, A MARZO 28, 1924

Nos. 3004 y 3007. Padilla, Apelante, *v.* Asamblea Municipal de Arroyo, Apelada.—C. de D. de Guayama. *Certiorari.* R. jun. 1, 1923. No habiendo el apelante en estos casos presentado en esta Corte en debida forma las constancias del juicio y por los fundamentos del caso No. 2661 de *Rodríguez* v. *Asamblea Municipal de Guánica,* 31 D. P. R. 133, se elimina de la transcripción de autos el llamado "*return*", y no habiendo radicado su alegato dentro del término que le fué concedido, se desestima la apelación.

No. 2678. Figueroa et al., *v.* Sumersille, Apelante.—C. de D. de Humacao. R. jun. 5, 1923. Desestimado el recurso a instancia del apelado por no haber presentado alegato el apelante.

No. 82. Ex parte Cestero.—*Habeas Corpus.* R. jun. 7, 1923. Llamado el caso para vista, desistió el peticionario por habérsele fijado por la corte inferior fianza para obtener su libertad. Se le tuvo por desistido, quedando el peticionario bajo la custodia del alcaide de la cárcel.

No. 2024. El Pueblo, Apelado, *v.* Rodríguez, Apelante.—C. de D. de San Juan, Primer Distrito. Adulteración de leche. R. jun. 8, 1923. Examinados los autos y apareciendo de la prueba que el acusado no tenía ni ofrecía en venta como pura leche de vaca adulterada, que fué el hecho imputado en la acusación, sino que era de otra persona la leche adulterada que se le ocupó y él la conducía a un depósito que no era de su propiedad; y vistos los casos de *El Pueblo* v. *Nogueras,* 23 D. P. R. 332, y *El Pueblo* v. *Ojeda,* 26 D. P. R. 437, se revoca la sentencia y se absuelve al acusado.